UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

Estate of David J. Stefanik,
*by Stefanie Stefanik, Administrator, Wife
and Personal Representative*,

        Plaintiff,

   v.                              Case No. 2:17-cv-62

Mason L. Morissette and
Gray Transportation of N.H., Inc.,

        Defendant.

ORDER DISMISSING CASE

The court having been advised by the Supplemental Evaluator's Report (Document No. 20) that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

Dated at Burlington, in the District of Vermont, this  2nd  day of November, 2017.

                                          /s/ William K. Sessions III
                                          William K. Sessions III
                                          U.S. District Judge